SIMON LEWKOW, Appellant, v. NEW ENGLAND MACHINE & MANUFACTURING COMPANY, Defendant, and ALEXANDER VAN WAGONER, JR., et al., Defendants-Respondents.— Order, so far as appealed from, unanimously modified by granting an examination as to the additional items " 5 ", " 6 ", " 7 ", " 8 ", " 9 ", " 10 ", " 12 ", " 19 " and " 20 " of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of GEORGE T. NIERENBERG et al., Respondents, against ARMY & NAVY ACCESSORY STORE, INC., et al., Appellants.— Appeal unanimously dismissed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 1027.]

LOUIS DENBERG, Appellant, v. WILLIAM F. CHATLOS et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of DRY DOCK SAVINGS INSTITUTION, Appellant, against LEWANAR CORP., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GUSTAV NAHMAN, Respondent, v. ALEXANDRIA NAVIGATION CO., S. A. E., et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MIRIAM BELGRAY, Respondent, v. LEO BELGRAY, Appellant, et al., Defendants.—Order, so far as appealed from, unanimously reversed, without costs and the motion to vacate items 1, 2, 3, 4, 5, 6, 7, 8 and 10 of plaintiff's notice of examination before trial granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ERVIN Z. GRAYSON, Respondent, v. MICHAEL TODD, Appellant.— Order unanimously modified by striking out item 2 (a), (b), (c), (d) and (e) of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WILAKA CONSTRUCTION CO., INC., v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 853.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between VICTOR TARELLO and JOHN A. JOHNSON CONTRACTING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 893.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.